UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUFEMIA SAMANTHA BROWN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI[1]<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:21-cv-0513 JLT HBK<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF EUFEMIA SAMANTHA BROWN AND AGAINST DEFENDANT KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY |

　　　　Eufemia Samantha Brown and Kilolo Kijakazi, Acting Commissioner of Social Security, stipulated to a voluntary remand of the matter for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g) on October 28, 2022.  (Doc. 29.)  Pursuant to the terms of the stipulation, the matter shall be remanded for the Commissioner to "further develop the record as necessary and issue a new decision."  (*Id.* at 1.)  Further, the parties stipulated judgment shall be entered "in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner."  (*Id*. at 1-2.)

///

---

[1] The action was originally filed against Andrew Saul in his capacity as the Commissioner of Social Security.  (*See* Doc. 1 at 1.)  The Court has substituted Kilolo Kijakazi, who has since been appointed the Acting Commissioner of Social Security, as the defendant.  *See* Fed. R. Civ. P. 25(d).

1

Based upon the terms of the stipulation, the Court **ORDERS**:

1. The matter is **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).
2. Plaintiff's opening brief in support of remand (Doc. 27) shall be terminated as **MOOT**.
3. The Clerk of Court is **DIRECTED** to enter judgment in favor of Plaintiff Eufemia Samantha Brown and against Defendant Kilolo Kijakazi, the Acting Commissioner of Social Security.

IT IS SO ORDERED.

Dated: __**October 31, 2022**__

UNITED STATES DISTRICT JUDGE

2